**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Rene Mandrugano Tolentino**, <br> Petitioner, <br> v. <br> Field Officer Director Enforcement, Loretta E. Lynch (Attorney General), Secretary of Department of Homeland Security, and James A. Musick Facility Director, <br> Respondent. | **NO. SA CV 15-01575-VBF-RAO** <br><br> FINAL JUDGMENT |

Pursuant to the Court's contemporaneously issued Order Summarily Dismissing the Habeas Corpus Petition, Denying a Certificate of Appealability, and Terminating the Case, final judgment is hereby entered in favor of all the respondents and against petitioner Rene Mandrugano Tolentino.

DATED:   October 26, 2015

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge